PAULINE LATZKE et al., Respondents, *v.* OLIVER WILLIAMS et al., Appellants.

Submitted May 16, 1938; decided May 18, 1938.

*Abraham Porter* and *Jacob J. Podell* for motion.
*Joseph Henry Cohen* and *Leo B. Mittelman* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.